IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVINA MONIQUE HAYNES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:19-01110-KD-MU |
| | ) |
| **MARCUS DARNELL NELSON and** | ) |
| **DANNY G. LEA TRUCKING, INC.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on the Notice of Settlement (doc. 17) filed by Davina Monique Haynes, Marcus Darnell Nelson and Danny G. Lea Trucking, Inc. The parties report that they have reached a settlement agreement but request thirty (30) additional days to finalize the settlement documents and effectuate the terms of the agreement. (Id.)

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 7th day of December 2020.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE